

```
                    FILED
                  MAY 29 2008
          CLERK U.S. DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA
          BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1749-W |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Heroin |
| ROBERTO LUNA-GUEVARA, | ) | (Felony); Title 21, U.S.C., |
| | ) | Secs. 952 and 960 - Importation |
| Defendant. | ) | of Methamphetamine (Felony) |
| | ) | |

The United States Attorney charges:

Count 1

On or about April 22, 2008, within the Southern District of California, defendant ROBERTO LUNA-GUEVARA, did knowingly and intentionally import 1 kilogram or more, to wit: approximately 16.0 kilograms (35.2 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:km:San Diego
5/2/08

<u>Count 2</u>

On or about April 22, 2008, within the Southern District of California, defendant ROBERTO LUNA-GUEVARA, did knowingly and intentionally import 50 grams or more, to wit: approximately 5.30 kilograms (11.66 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/22/08

KAREN P. HEWITT
United States Attorney

*for* CARLA J. BRESSLER
Assistant U.S. Attorney