AO 455(Rev 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAY 29 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ROBERTO LUNA-GUEVARA | CASE NUMBER: 07Cr1749-W |

I, __ROBERTO LUNA-GUEVARA__, the above named defendant, who is accused of committing the following offenses:

Count 1:    Importation of Heroin, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2:    Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-29-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER