AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ROBERTO LUNA-GUEVARA | CASE NUMBER: 08CR1749W |

I, **ROBERTO LUNA-GUEVARA**, the above named defendant, who is accused of committing the following offenses:

> Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-28-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER