**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1749W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | (Superseding) |
| ROBERTO LUNA-GUEVARA, ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about April 22, 2008, within the Southern District of California, defendant ROBERTO LUNA-GUEVARA, did knowingly and intentionally import 50 grams or more, to wit: approximately 5.30 kilograms (11.66 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/28/08.

KAREN P. HEWITT
United States Attorney

*[signature]* For

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
July 22, 2008