1  KAREN P. HEWITT
   United States Attorney
2  GREGORY F. NOONAN
   Assistant U.S. Attorney
3  California State Bar No. *Pending*
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-5790   (Telephone)/619 557-5551 (Fax)
   Email: gregory.noonan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No.    08CR1749-W
                                    )
11                Plaintiff,        )
                                    )    NOTICE OF APPEARANCE
12        v.                        )
                                    )
13 ROBERTO LUNA-GUEVARA,            )
                                    )
14                Defendant.        )
   _____ )

15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18 above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 case.

25        1.    None.

26 //

27 //

28 //

1         Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3    Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4        1.    None.

5        Please feel free to call me if you have any questions about this notice.

6        DATED:  August 15, 2008.

7                           KAREN P. HEWITT
                       United States Attorney

8

9

10                          <u>s/Gregory F. Noonan</u>
                       GREGORY F. NOONAN
                       Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Notice of Appearance                                            08CR1749-W
    United States v. Roberto Luna-Guevara

28

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3  UNITED STATES OF AMERICA,          )    Criminal Case No.    08CR1749-W
                                      )
4                                     )
                    Plaintiff,        )
5                                     )    CERTIFICATE OF SERVICE
             v.                       )
6                                     )
   ROBERTO LUNA-GUEVARA,              )
7                                     )
                    Defendant.        )
8  _____    )

9  IT IS HEREBY CERTIFIED THAT:

10         I, Gregory F. Noonan, am a citizen of the United States and am at least eighteen years of age.
   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11
           I am not a party to the above-entitled action.  I have caused service of the **Notice of
12 Appearance as lead counsel for the United States**, on the following parties by electronically filing
   the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies
13 them:

14    1.    J. Kerry Bader, Attorney for Defendant.

15
           I declare under penalty of perjury that the foregoing is true and correct.
16
           EXECUTED on August 15, 2008.
17

18
                                      s/Gregory F. Noonan
19                                    GREGORY F. NOONAN
                                      Assistant U.S. Attorney
20

21

22

23

24

25

26

27

28 Notice of Appearance                                          08CR1749-W
   United States v. Roberto Luna-Guevara

3